# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEVELAND FONDOL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4158** |
| **ORLEANS PARISH DISTRICT ATTORNEY OFFICE ET AL.** | **SECTION "B" (2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED** that all *habeas corpus* claims asserted in the complaint are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE